B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Letke, Joseph T Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5469** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**20515 Abbey Drive**<br>**Frankfort, IL**<br>ZIP Code **60423** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Letke, Joseph T Jr.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **Northern District of Illinois, Eastern Division** | Case Number: **12-01902** | Date Filed: **1/20/12** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Angie Lee                                                May 28, 2012** |
| | Signature of Attorney for Debtor(s)                    (Date) |
| | **Angie Lee 6282075** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
|---|---|
| | **Letke, Joseph T Jr.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph T Letke, Jr.**

Signature of Debtor  **Joseph T Letke, Jr.**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 28, 2012**

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Attorney*

X **/s/ Angie Lee**

Signature of Attorney for Debtor(s)

**Angie Lee 6282075**

Printed Name of Attorney for Debtor(s)

**Attorney Angie Lee, PC**

Firm Name

**4747 W. Lincoln Mall Dr. #410**
**Matteson, IL 60443**

_____

Address

                    **Email: angielesq@yahoo.com**
**708-845-7958  Fax: 708-221-6174**

Telephone Number

**May 28, 2012**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

In re    **Joseph T Letke, Jr.**                                                    ,        Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION

## Other Names Attachment

All Other Names used by Debtor in the last 8 years:

1.      **DBA**     **50 Nugent Square, LLC**
2.      **DBA**     **Nugent Square Development, LLC**
3.      **DBA**     **Ocean Poinciana Development, LLC**
4.      **DBA**     **LML Fountain Square, LLC**
5.      **FDBA**    **Lighthouse Food & Liquors**
6.      **FDBA**    **18225 Morris Avenue, LLC**
7.      **FDBA**    **4 Thornwood, LLC**
8.      **FDBA**    **910 West Buffalo, LLC**
9.      **FDBA**    **New Buffalo Produce, Inc**
10.     **FDBA**    **The Mixx II, Inc**
11.     **FDBA**    **Busia's Market, Inc**
12.     **FDBA**    **New Buffalo Produce Market, Inc**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Joseph T Letke, Jr.** _____   Case No. _____

Debtor(s)          Chapter   **7** _____

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Joseph T Letke, Jr.**
                                **Joseph T Letke, Jr.**

Date:   **May 28, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Joseph T Letke, Jr.**                                        ,    Case No. _____

                                    Debtor

                                                                      Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,525,000.00 | | |
| B - Personal Property | Yes | 4 | 1,350,521.35 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 19,798,603.79 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 100,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 5,606,403.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 15,350.46 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 15,350.46 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 2,875,521.35 | | |
| Total Liabilities | | | | 25,505,007.07 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Joseph T Letke, Jr.**                                                                        ,
Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 100,000.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 100,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 15,350.46 |
| Average Expenses (from Schedule J, Line 18) | 15,350.46 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 21,213.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 13,073,603.79 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 100,000.00 |
| 4. Total from Schedule F | | 5,606,403.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 18,780,007.07 |

B6A (Official Form 6A) (12/07)

.

In re    **Joseph T Letke, Jr.**                                                                        ,    Case No. _____

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary residence located at 20515 Abbey Drive, Frankfort IL 60423. Purchased in May 2006 for $995,000.** | | - | 750,000.00 | 896,080.00 |
| **Real property at 106 N. Eagle St., New Buffalo, MI 49117. Purchased in Jan. 2006 for $500,000.** | | - | 350,000.00 | 571,629.00 |
| **Vacant lot located at 1560 Foulis Court, Chesterton, Indiana** | | - | 90,000.00 | 95,939.59 |
| **Co-op located at 1203 Hillsboro, Hillsboro Beach, Florida. Joint title with Angelina Macilwraith.** | | - | 200,000.00 | 0.00 |
| **Real property located at 30 Nugent Street, Unit 430, Glenwood, IL. Title is in son's name.** | | - | 135,000.00 | 158,455.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,525,000.00** | (Total of this page) |
| Total > | **1,525,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Joseph T Letke, Jr.**                                              ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account with Chase** | - | 100.00 |
| | | **Checking account for Ocean Poinciana Development, LLC, with Chase** | - | 1.00 |
| | | **Checking account for Ocean Poinciana Development, LLC, with Allegiance Community Bank** | - | 1.00 |
| | | **Checking account for 910 W Buffalo, LLC, with Allegiance Community Bank** | - | 1.00 |
| | | **Checking account for 18225 Morris Avenue, LLC, with Old Second National Bank** | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | - | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art** | - | 5,000.00 |
| 6. Wearing apparel. | | **Clothing** | - | 2,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        **11,104.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph T Letke, Jr.**                                                    , Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole life insurance with Prudential Group** | - | 2,133.80 |
| | | **Term life insurance with Zurich Life** | - | 0.00 |
| | | **Term life insurance with Jackson National Life Ins Co** | - | 0.00 |
| | | **Whole life insurance with Genworth Life & Annuity Ins Co** | - | 3,188.46 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k** | - | 84,095.09 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Member of Ocean Poinciana, LLC. 50% membership belongs to Angelina Macilwraith.** | - | 0.00 |
| | | **Member of 910 W. Buffalo, LLC. 50% membership belongs to Angelina Macilwraith.** | - | 0.00 |
| | | **Member of Busia's Market, LLC. 50% membership belongs to Angelina Macilwraith.** | - | 0.00 |
| | | **Shareholder of Public Funding Enterprises, Inc. 50% ownership belongs to son.** | - | 0.00 |
| | | **Sole shareholder of Letke & Associates, Inc.** | - | 0.00 |
| | | **Member of Nugent Square Development, LLC. 50% membership with Letke Limited Partnership.** | - | 0.00 |
| | | **Member of 50 Nugent, LLC** | - | 0.00 |
| | | **Sole shareholder of Business Computing Solutions, Inc.** | - | 0.00 |

Sub-Total >          89,417.35
(Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Joseph T Letke, Jr.**                                                   ,   Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Member of LML Fountain Square, LLC.  Mark Carlson (25%), Bob Carlson (25%), Mark Ruane (25%).** | - | **1,250,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Letke Family Limited Partnership. Three sons own 30% each.** | - | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Liquor license for 910 West Buffalo, LLC** | - | **0.00** |

Sub-Total >    **1,250,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Joseph T Letke, Jr.**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | **1 dog** | | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** |
| | (Total of this page) | |
| | Total > | **1,350,521.35** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Joseph T Letke, Jr.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter
with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Primary residence located at 20515 Abbey Drive, Frankfort IL 60423.  Purchased in May 2006 for $995,000.** | **735 ILCS 5/12-901** | **15,000.00** | **750,000.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **4,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Art** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **5,000.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **2,000.00** | **2,000.00** |
| **Interests in Insurance Policies** | | | |
| **Whole life insurance with Prudential Group** | **215 ILCS 5/238** | **0.00** | **2,133.80** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401k** | **735 ILCS 5/12-1006** | **100%** | **84,095.09** |
| | | | |
| | Total: | **105,095.09** | **847,228.89** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Joseph T Letke, Jr.** _____,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Archer Bank/Allegiance** <br> **4960 S Archer Ave** <br> **Chicago, IL 60632** | X | - | **Mortgage** <br><br> **Member of Nugent Square Development, LLC. 50% membership with Letke Limited Partnership.** <br><br> Value $ **0.00** | | | | 3,554,815.58 | 3,554,815.58 |
| Account No. <br><br> **Holland & Knight LLP** <br> **131 S Dearborn St 30th Floor** <br> **Chicago, IL 60603** | | | **Representing:** <br> **Archer Bank/Allegiance** <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **Broward County Tax Collector** <br> **PO Box 29009** <br> **Fort Lauderdale, FL 33302-9009** | | - | **Property taxes** <br><br> **Member of Ocean Poinciana, LLC. 50% membership belongs to Angelina Macilwraith.** <br><br> Value $ **0.00** | | | | 31,503.00 | 31,503.00 |
| Account No. xxxxxxxxxxxxxx9310 <br><br> **Centier Bank** <br> **600 E 84th Ave** <br> **Merrillville, IN 46410** | | - | **Opened  7/01/07  Last Active 12/17/10** <br><br> **Mortgage** <br><br> **Vacant lot located at 1560 Foulis Court, Chesterton, Indiana** <br><br> Value $ **90,000.00** | | | | **83,817.00** | 0.00 |

___4___ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 3,670,135.58 | 3,586,318.58 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Joseph T Letke, Jr.** _____,   Case No. _____
                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Property Taxes | | | | | |
| **City of New Buffalo Treasurer** 224 W Buffalo St New Buffalo, MI 49117 | | - | **Real property at 106 N. Eagle St., New Buffalo, MI 49117.  Purchased in Jan. 2006 for $500,000.** | | | X | | |
| | | | Value $          350,000.00 | | | | 13,000.00 | 13,000.00 |
| Account No. | | | Property taxes | | | | | |
| **Cook County Treasurer's Office** 118 N. Clark Street Room 112 Chicago, IL 60602 | | - | **Member of 50 Nugent, LLC** | | | | | |
| | | | Value $              0.00 | | | | 80,000.00 | 80,000.00 |
| Account No. | | | Mortgage | | | | | |
| **MB Financial Bank** 6111 North River Road Attn: Bankruptcy Des Plaines, IL 60018 | X | - | **Member of Ocean Poinciana, LLC. 50% membership belongs to Angelina Macilwraith.** | X | | X | | |
| | | | Value $              0.00 | | | | 1,900,000.00 | 1,900,000.00 |
| Account No. | | | | | | | | |
| **Holland & Knight LLP** 131 S Dearborn St 30th Floor Chicago, IL 60603 | | | **Representing: MB Financial Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | Mortgage | | | | | |
| **MB Financial Bank** 6111 North River Road Attn: Bankruptcy Des Plaines, IL 60018 | X | - | **Member of LML Fountain Square, LLC. Mark Carlson (25%), Bob Carlson (25%), Mark Ruane (25%).** | X | | X | | |
| | | | Value $        5,000,000.00 | | | | 11,000,000.00 | 6,000,000.00 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                  Subtotal
     (Total of this page)        12,993,000.00     7,993,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Joseph T Letke, Jr.**
_____ ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Holland & Knight LLP** **131 S Dearborn St 30th Floor** **Chicago, IL 60603** | | | Representing: **MB Financial Bank** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. xxxxxxxx1723 | | | Opened  5/01/06  Last Active 11/29/10 | | | | | |
| **Mortgage Service Center** **Attn: Bankruptcy** **2001 Bishops Gate Blvd** **Mt Laurel, NJ 08054** | | - | **First Mortgage** Co-op located at 1203 Hillsboro, Hillsboro Beach, Florida. Joint title with Angelina Macilwraith. | | | | | |
| | | | Value $          **400,000.00** | | | | **493,197.00** | **93,197.00** |
| Account No. xxxxxxxxx1371 | | | Opened 11/01/09  Last Active 11/18/10 | | | | | |
| **New Buffalo Savings Ba** **45 N Whittaker St** **New Buffalo, MI 49117** | | - | **Second Mortgage** Real property at 106 N. Eagle St., New Buffalo, MI 49117.  Purchased in Jan. 2006 for $500,000. | | | | | |
| | | | Value $          **350,000.00** | | | | **91,554.00** | **91,554.00** |
| Account No. xxxxxxxxx6545 | | | Opened  1/01/06  Last Active  1/08/11 | | | | | |
| **New Buffalo Savings Bank** **45 N Whittaker St** **New Buffalo, MI 49117** | | - | **First Mortgage** Real property at 106 N. Eagle St., New Buffalo, MI 49117.  Purchased in Jan. 2006 for $500,000. | | | | | |
| | | | Value $          **350,000.00** | | | | **467,075.00** | **117,075.00** |
| Account No. xxxxx0114 | | | Opened  7/01/06  Last Active 11/18/10 | | | | | |
| **Old Second National Ba** **37 S River St** **Aurora, IL 60506** | | - | **Second Mortgage** Primary residence located at 20515 Abbey Drive, Frankfort IL 60423. Purchased in May 2006 for $995,000. | | | | | |
| | | | Value $          **750,000.00** | | | | **195,641.00** | **146,080.00** |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **1,247,467.00** | **447,906.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joseph T Letke, Jr.** _____ ,  Case No. _____
                                                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxx2085**<br><br>**Old Second National Ba**<br>**37 S River St**<br>**Aurora, IL 60506** | | | | - | **Opened 8/01/07 Last Active 1/07/11**<br><br>**First Mortgage**<br><br>**Real property located at 30 Nugent Street, Unit 430, Glenwood, IL. Title is in son's name.**<br><br>Value $ **135,000.00** | | | | **158,455.00** | **23,455.00** |
| Account No. **xxxx2988**<br><br>**Old Second National Bank**<br>**37 S River St**<br>**Aurora, IL 60506** | | | | - | **Opened 5/01/05 Last Active 12/23/10**<br><br>**First Mortgage**<br><br>**Primary residence located at 20515 Abbey Drive, Frankfort IL 60423. Purchased in May 2006 for $995,000.**<br><br>Value $ **750,000.00** | | | | **700,439.00** | **0.00** |
| Account No.<br><br>**Old Second National Bank**<br>**37 S River St**<br>**Aurora, IL 60506** | X | | | - | **Mortgage**<br><br>**Member of 50 Nugent, LLC**<br><br><br>Value $ **0.00** | | | | **1,016,984.62** | **1,016,984.62** |
| Account No.<br><br>**Meltzer, Purtill & Stelle LLC**<br>**1515 E woodfield Rd**<br>**Suite 250**<br>**Schaumburg, IL 60173** | | | | | **Representing:**<br>**Old Second National Bank**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**Porter County Treasurer**<br>**155 Indiana Avenue, Suite 209**<br>**Valparaiso, IN 46383** | | | | - | **Property taxes**<br><br>**Vacant lot located at 1560 Foulis Court, Chesterton, Indiana**<br><br>Value $ **90,000.00** | | | | **10,362.00** | **4,179.00** |

Sheet **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,886,240.62** | **1,044,618.62** |

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Joseph T Letke, Jr.** _____,      Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | Association dues | | | | | |
| Sand Creek HOA 1st American Management Co., Inc. 3408 Enterprise Avenue Valparaiso, IN 46383 | - | | | | Vacant lot located at 1560 Foulis Court, Chesterton, Indiana | | | | | |
| | | | | | Value $          90,000.00 | | | | 1,760.59 | 1,760.59 |
| Account No. **xxxx xx-x1885** | | | | | 2011 | | | | | |
| US Bank 800 Nicollet Mall ATTN: Bankruptcy Dept. Minneapolis, MN 55402 | - | | | | Lien Co-op located at 1203 Hillsboro, Hillsboro Beach, Florida. Joint title with Angelina Macilwraith. | | | | | |
| | | | | | Value $         400,000.00 | | | | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| Ashley Nicole Collado Florida Default Law Group PC PO Box 25018 Tampa, FL 33622-5018 | | | | | Representing: US Bank | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **4**___  of  **4**___  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,760.59 | 1,760.59 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 19,798,603.79 | 13,073,603.79 |

B6E (Official Form 6E) (4/10)

.

In re   **Joseph T Letke, Jr.**                                                     , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Joseph T Letke, Jr._____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Amy N Letke**<br>**3052 E Lobo Ridge**<br>**New Albany, IN 47150** | - | | **Back child support** | | | X | **100,000.00**<br><br>**100,000.00** | **100,000.00**<br><br>**0.00** |
| Account No.<br><br>**Paul Frigo, Esq**<br>**Grotta & Associates**<br>**10775 W 163rd Place**<br>**Orland Park, IL 60467** | | | **Representing:**<br>**Amy N Letke** | | | | **Notice Only** | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1___ of __1___ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **100,000.00** |
| | | **100,000.00**          **0.00** |
| | Total (Report on Summary of Schedules) | **100,000.00** |
| | | **100,000.00**          **0.00** |

B6F (Official Form 6F) (12/07)

In re    **Joseph T Letke, Jr.**                             ,       Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx7025** <br><br> **Advanta Bank Corp** <br> **Po Box 844** <br> **Spring House, PA 19477** | - | | **Opened 1/01/06 Last Active 10/10/10** <br> **ChargeAccount** | | X | | 9,974.00 |
| Account No. **2011** <br><br> **AEP Indiana Michigan Power** <br> **PO Box 24401** <br> **Canton, OH 44701-4401** | - | | **Utility for New Buffalo Produce Market** | | | | 266.56 |
| Account No. <br><br> **CBCS** <br> **PO Box 2334** <br> **Columbus, OH 43216-2334** | | | **Representing:** <br> **AEP Indiana Michigan Power** | | | | **Notice Only** |
| Account No. <br><br> **Angelina Macilwraith** <br> **1203 Hillsboro Unit 10A** <br> **Hillsboro Beach, FL 33062** | - | | **Payment** | X | X | X | **Unknown** |

  **14**   continuation sheets attached                                             Subtotal <br> (Total of this page)         **10,240.56**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph T Letke, Jr.**                                                        ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Harvey Scholl Esq** **21346 Saint Andrews Blvd Ste 105** **Boca Raton, FL 33433** | | | | Representing: **Angelina Macilwraith** | | | | **Notice Only** |
| Account No. **Archer Bank/Allegiance** **4960 S Archer Ave** **Chicago, IL 60632** | - | | | **Personal guaranty on loan for Nugent Square Development, LLC** | | | X | **3,554,815.58** |
| Account No. **Holland & Knight LLP** **131 S Dearborn St 30th Floor** **Chicago, IL 60603** | | | | Representing: **Archer Bank/Allegiance** | | | | **Notice Only** |
| Account No. **AT&T** **PO Box 769** **Arlington, TX 76004** | - | | | **Utility for Lighthouse Food & Liquors** | | | | **492.00** |
| Account No. **Accord Creditor Services, LLC** **PO Box 19992** **Newnan, GA 30271** | | | | Representing: **AT&T** | | | | **Notice Only** |

Sheet no. __1___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,555,307.58**

B6F (Official Form 6F) (12/07) - Cont.

In re __Joseph T Letke, Jr._____,    Case No. _____

                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2011** <br><br> AT&T <br> PO Box 105068 <br> Atlanta, GA 30348-5058 | - | | Utility for Nugent Square Development LLC | | | | 102.70 |
| Account No. **8795** <br><br> Broadway Premium Funding <br> 1747-22 Veterans Memorial Highway <br> Islandia, NY 11749 | - | | 2011 <br> Account for Nugent Construction & Development LLC | | | | 1,899.72 |
| Account No. **xxxxxxx9366** <br><br> Cach Llc <br> 4340 S Monaco St Fl 2 <br> Denver, CO 80237 | - | | Opened 11/01/10 <br> Collection for Bank Of America account 4339-9300-2331-5742 for New Buffalo Produce, Inc | | | | 15,836.00 |
| Account No. <br><br> John C. Bonewicz, PC <br> 8001 N. Lincoln Ave. <br> Suite 402 <br> Skokie, IL 60077 | | | Representing: <br> Cach Llc | | | | Notice Only |
| Account No. **0513** <br><br> Cach LLC <br> Attn: Bankruptcy <br> 4340 South Monaco St 2nd Floor <br> Denver, CO 80237 | - | | 2012 <br> Collection for Bank of America account for Letke & Associates, personal guaranty | | | X | 69,087.00 |

Sheet no. __2___ of __14___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **86,925.42**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph T Letke, Jr.**                                                ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8623** <br><br> **Cach LLC** <br> **Attn: Bankruptcy** <br> **4340 South Monaco St 2nd Floor** <br> **Denver, CO 80237** | - | | **Collection for Bank of America account for Ocean Poinciana LLC** | | | | **9,198.00** |
| Account No. <br><br> **Canon Financial Services** <br> **14904 Collections Center Drive** <br> **Chicago, IL 60693** | - | | **Account** | | | X | **44,000.00** |
| Account No. **xxxxxxxxxxxx2759** <br><br> **Capital One, N.a.** <br> **Bankruptcy Dept** <br> **Po Box 5155** <br> **Norcross, GA 30091** | - | | **Opened 8/01/06 Last Active 1/21/11 ChargeAccount for Busia's Market, Inc** | | | | **4,015.00** |
| Account No. **xxxxxxxxxxxx5007** <br><br> **Capital One, N.a.** <br> **Bankruptcy Dept** <br> **Po Box 5155** <br> **Norcross, GA 30091** | - | | **Opened 7/01/02 Last Active 2/09/11 CreditCard** | | | | **2,604.00** |
| Account No. **xxxxxxxxxxxx3278** <br><br> **Capital One, N.a.** <br> **Bankruptcy Dept** <br> **Po Box 5155** <br> **Norcross, GA 30091** | - | | **Opened 11/01/01 Last Active 1/21/11 ChargeAccount** | | | | **1,762.00** |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **61,579.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph T Letke, Jr.**                                                                          ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxx7089 | | | | Opened 6/01/04 Last Active 1/21/11 ChargeAccount | | | | |
| Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | - | | | | | | | 1,315.00 |
| Account No. xxxx xx x0078 | | | | Pending lawsuit | | | | |
| Cezary and Eva Jakubowski c/o Edwards Wildman Palmer LLC 225 W Wacker Dr Chicago, IL 60606 | - | | | | X | X | X | Unknown |
| Account No. xxxxxxx5554 | | | | Opened 6/01/04 Last Active 1/28/11 CreditCard | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | | | | | | | | 6,789.00 |
| Account No. xxxxxxxxxxx2301 | | | | Opened 1/01/07 Last Active 10/31/10 CreditCard account for New Buffalo Produce Market | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | | | | | | | | 4,175.00 |
| Account No. 4970 | | | | 2001 Credit card account for Letke & Associates, personal guaranty | | | | |
| Chase POB 15298 Wilmington, DE 19850-5298 | - | | | | | | | 12,575.00 |

Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **24,854.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph T Letke, Jr.** _____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1139**<br><br>**City of New Buffalo**<br>**Water & Sewer**<br>**224 W Buffalo St**<br>**New Buffalo, MI 49117** | - | | **2011**<br>**Utility for Busia's Market, Inc** | | | | 4,728.54 |
| Account No. **x xx x xxx 5 00 6**<br><br>**City of New Buffalo**<br>**Treasurer**<br>**224 W Buffalo St**<br>**New Buffalo, MI 49117** | - | | **Taxes for Busia's Market, Inc** | | | | 4,173.25 |
| Account No. **xxxxxxx9-PFU**<br><br>**Creditors Interchange**<br>**80 Holtz Drive**<br>**Buffalo, NY 14225-1470** | - | | **2010**<br>**Collection for Bank of America account 4171 for New Buffalo Produce, Inc** | | | | 7,654.00 |
| Account No. **xxxxxxxxxxxx8760**<br><br>**Discover Fin**<br>**Po Box 6103**<br>**Carol Stream, IL 60197** | - | | **Opened  3/01/04  Last Active  2/03/11**<br>**CreditCard** | | | | 3,061.00 |
| Account No.<br><br>**Donald Morrison**<br>**20 Joanne Place**<br>**Oldsmar, FL 34677** | - | | **2007**<br>**Promissory note** | | | | 75,000.00 |

| | |
|---|---|
| Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)  94,616.79 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph T Letke, Jr.** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Violations | | | | |
| **Enterprise Reant-A-Car Violations PO Box 99 Lombard, IL 60148** | | | | | | | | 16.35 |
| Account No. **8807** | | - | | Opened  2/01/97  Last Active 12/24/10 CreditCard | | | | |
| **Fia Csna Po Box 17054 Wilmington, DE 19850** | | | | | | | | 218.00 |
| Account No. | | - | | Personal guaranty for Business Computing Solutions, Inc | X | X | | |
| **First American 1818 West Jefferson La Grange, IL 60525** | | | | | | | | 90,000.00 |
| Account No. **3884** | | - | | Collection account for Busia's Market, Inc | | | | |
| **First Merchant Services 5251 Westheimer Road Houston, TX 77056-5404** | | | | | | | | 246.28 |
| Account No. **xxxx5722** | | - | | Opened  5/01/07  Last Active  5/31/10 Collection for Bank of America account 4192-0000-0409-7317 for The Mixx II, Inc | | | | |
| **Focus Receivables Management 1130 Northchase Parkway Suite 150 Marietta, GA 30067** | | | | | | | | 7,383.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **97,863.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph T Letke, Jr.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditors Financial Group, LLC**<br>**PO Box 440290**<br>**Aurora, CO 80044-0290** | | | | **Representing:**<br>**Focus Receivables Management** | | | | **Notice Only** |
| Account No. **xxxx xx x3278**<br><br>**Gierczyk Holding Company**<br>**c/o F Dean Armstrong PC**<br>**1324 Dartmouth Road**<br>**Flossmoor, IL 60422** | | - | | **Lawsuit** | X | X | X | **Unknown** |
| Account No. **0725**<br><br>**Hanover Insurance Co**<br>**PO Box 580045**<br>**Charlotte, NC 28258-0045** | | - | | **Account for Nugent Square Development, LLC** | X | | | **5,046.60** |
| Account No. **xxxx xx x3313**<br><br>**Harris Bank, NA**<br>**c/o Howard & Howard**<br>**200 S MICHIGAN 1100**<br>**Chicago, IL 60604** | | - | | **Deficiency judgment on 4 Thornwood, Flossmoor, IL** | | | | **62,000.00** |
| Account No. **1474**<br><br>**Heritage Propane Express**<br>**PO Box 117**<br>**Reading, MI 49274-0117** | | - | | **Account for Busia's Market, Inc** | | | | **549.50** |

Sheet no. __**7**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67,596.10**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph T Letke, Jr.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Personal guaranty for Letke & Associates, Inc and Public Funding Enterprises, Inc (cross collateralized) | | | | |
| **Inland Bank** **2805 Butterfield Road** **Oak Brook, IL 60523** | X | - | | | X | X | | |
| | | | | | | | | 1,000,000.00 |
| Account No. | | | | | | | | |
| **James Gierczyk** **16200 Clinton St** **Harvey, IL 60426** | | - | | | X | X | | |
| | | | | | | | | **Unknown** |
| Account No.  xxx7505 | | | | 2010 Collection for W-T Engineering, Inc. | | | | |
| **Law Offices of Joel Cardis, LLC** **2006 Swede Rd.** **Suite 100** **E. Norriton, PA 19401** | | | | | | | | |
| | | | | | | | | 3,566.67 |
| Account No.  7317 | | | | 2011 Collection for Bank of America | | | | |
| **LVNV Funding LLC** **PO Box 740281** **Houston, TX 77274** | | - | | | | | | |
| | | | | | | | | 7,432.00 |
| Account No. | | | | Personal guaranty for Ocean Poinciana, LLC | | | | |
| **MB Financial Bank** **6111 North River Road** **Attn: Bankruptcy** **Des Plaines, IL 60018** | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 1,010,998.67 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re     **Joseph T Letke, Jr.**                                                           Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Meltzer, Purtill & Stelle LLC** 1515 E woodfield Rd Suite 250 Schaumburg, IL 60173 | | | Representing: MB Financial Bank | | | | **Notice Only** |
| Account No. **MB Financial Bank** 6111 North River Road Attn: Bankruptcy Des Plaines, IL 60018 | | - | Personal guaranty for LML Fountain Square, LLC | X | X | X | **Unknown** |
| Account No. **Meltzer, Purtill & Stelle LLC** 1515 E woodfield Rd Suite 250 Schaumburg, IL 60173 | | | Representing: MB Financial Bank | | | | **Notice Only** |
| Account No. **New Buffalo Savings Bank** 45 N Whittaker St New Buffalo, MI 49117 | X | - | Deficiency on 910 W. Buffalo, New Buffalo, MI foreclosure | | | X | **69,429.00** |
| Account No. **THORNBURG BARNES** 1 N WACKER DR Chicago, IL 60606 | | | Representing: New Buffalo Savings Bank | | | | **Notice Only** |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **69,429.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joseph T Letke, Jr.**                                              ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **New Buffalo Savings Bank** 45 N Whittaker St New Buffalo, MI 49117 | - | | | Personal guaranty for 910 W. Buffalo, LLC | X | X | X | **Unknown** |
| Account No. **Miller Johnson Schroeder PLC** 728 Pleasant St Suite 101 Saint Joseph, MI 49085 | | | | Representing: New Buffalo Savings Bank | | | | **Notice Only** |
| Account No. **New Lenox Road, LLC** 17250 New Lenox Road Joliet, IL 60433 | - | | | Judgment | X | | X | **395,838.35** |
| Account No. **Paul J Richards** 111 N Ottawa St Joliet, IL 60433 | | | | Representing: New Lenox Road, LLC | | | | **Notice Only** |
| Account No. **multiple accounts** **Nicor Gas** PO Box 549 Aurora, IL 60507 | - | | | Utility | | | | **529.47** |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**396,367.82**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph T Letke, Jr.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: | | | | |
| **Harris & Harris, LTD** **222 Merchandise Mart Plaza** **Suite 1900** **Chicago, IL 60654** | | | | **Nicor Gas** | | | | **Notice Only** |
| Account No. | | - | | Account for Ocean Poinciana Development, LLC | | | | |
| **Nova Casualty Company** **726 Exchange St** **Suite 1020** **Buffalo, NY 14210** | | | | | | | | **688.44** |
| Account No. | | | | Representing: | | | | |
| **Lawyers Recovery Service, Inc** **4940 Merrick Road** **Suite 311** **Massapequa Park, NY 11762** | | | | **Nova Casualty Company** | | | | **Notice Only** |
| Account No. | X | - | | Deficiency on foreclosed 18255 Morris, Homewood, IL | | | | |
| **Old Second National Bank** **37 S River St** **Aurora, IL 60506** | | | | | | | | **Unknown** |
| Account No. | | - | | Judgment for Joliet lease | | | | |
| **Old Second National Bank** **37 South River St** **Aurora, IL 60506-4172** | | | | | | | | **78,000.00** |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **78,688.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Joseph T Letke, Jr.**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**KAVANAGH GRUMLEY & GORBOLD LLC** <br>**111 North Ottawa Street** <br>**Joliet, IL 60432** | | | Representing: <br>**Old Second National Bank** | | | | **Notice Only** |
| Account No. <br><br>**Old Second National Bank** <br>**37 S River St** <br>**Aurora, IL 60506** | - | | Personal guaranty of 50 Nugent, LLC | X | X | X | **Unknown** |
| Account No. **1814** <br><br>**Otis Elevator Company** <br>**One Farm Springs** <br>**Farmington, CT 06032** | - | | Account for Nugent Square Development, LLC | | | | **281.57** |
| Account No. **0099** <br><br>**Overdoors of Illinois** <br>**601 Ridge Road** <br>**Willow Springs, IL 60480** | - | | Account for Nugent Square Development, LLC | | | | **250.20** |
| Account No. **7813** <br><br>**RLI Surety** <br>**PO Box 3967** <br>**Peoria, IL 61612-3067** | - | | Account for Nugent Square Development, LLC | | | | **Unknown** |

Sheet no. __**12**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **531.77**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph T Letke, Jr.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Securalarm Systems, Inc**<br>**112 54th St SW**<br>**Grand Rapids, MI 49548** | - | | **Security system** | | | | 212.25 |
| Account No. **xxxxxx0.501** <br><br>**Semco Energy**<br>**PO Box 740812**<br>**Cincinnati, OH 45274-0812** | - | | **Utility at 106 Eagle St, New Buffalo, MI** | | | | 81.94 |
| Account No. **2645** <br><br>**Stanley Convergent Security Solutio**<br>**2150 Western Court**<br>**Suite 300**<br>**Lisle, IL 60532** | - | | **Account for Nugent Square Development, LLC** | | | | 114.48 |
| Account No. <br><br>**Travelers Indemnity Co**<br>**One Tower Square, 8MS**<br>**Attn: Legal**<br>**Hartford, CT 06183** | - | | **Account for Busia's Market, Inc** | | | X | 2,266.50 |
| Account No. <br><br>**Receivables Management Services**<br>**300 Arboretum Place**<br>**PO Box 26446**<br>**Richmond, VA 23261-1085** | | | **Representing:**<br>**Travelers Indemnity Co** | | | | **Notice Only** |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,675.17**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Joseph T Letke, Jr.**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Stater, Tenaglia, Fritz & Hunt, PA** PO Box 5476 Mount Laurel, NJ 08054 | | | | Representing: Travelers Indemnity Co | | | | **Notice Only** |
| Account No. **Ungaretti & Harris** 70 West Madison Suite 3500 Chicago, IL 60602 | | - | | Legal fees | | | | **48,500.00** |
| Account No. **Village of Glenwood** One Asselborn Way Glenwood, IL 60425 | | - | | Service for Nugent Square Development, LLC | | | | **229.33** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **48,729.33** |
| Total (Report on Summary of Schedules) | | **5,606,403.28** |

B6G (Official Form 6G) (12/07)

.

In re    **Joseph T Letke, Jr.**                                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Canon Financial Services**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** | **Lease on office equipment** |
| **Dell Financial Services**<br>**c/o DFS Customer Care Dept.**<br>**POB 81577**<br>**Austin, TX 78708-1577** | **Lease on computer equipment** |
| **Martin Whalen Office Solutions**<br>**16630 S 81st**<br>**Tinley Park, IL 60487** | **Lease on office equipment** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Joseph T Letke, Jr.**                                  ,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **18225 Morris Avenue, LLC** | **Old Second National Bank**<br>**37 S River St**<br>**Aurora, IL 60506** |
| **50 Nugent, LLC** | **Old Second National Bank**<br>**37 S River St**<br>**Aurora, IL 60506** |
| **910 West Buffalo, LLC** | **New Buffalo Savings Bank**<br>**45 N Whittaker St**<br>**New Buffalo, MI 49117** |
| **Letke & Associates, Inc** | **Inland Bank**<br>**2805 Butterfield Road**<br>**Oak Brook, IL 60523** |
| **Nugent Square Development, LLC** | **Archer Bank/Allegiance**<br>**4960 S Archer Ave**<br>**Chicago, IL 60632** |
| **Ocean Poinciana, LLC** | **MB Financial Bank**<br>**6111 North River Road**<br>**Attn: Bankruptcy**<br>**Des Plaines, IL 60018** |
| **Ocean Poinciana, LLC** | **MB Financial Bank**<br>**6111 North River Road**<br>**Attn: Bankruptcy**<br>**Des Plaines, IL 60018** |
| **Public Funding Enterprises, Inc** | **Inland Bank**<br>**2805 Butterfield Road**<br>**Oak Brook, IL 60523** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Joseph T Letke, Jr.** _____    Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Son** | AGE(S): **11** **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Accountant** | **unemployed** |
| Name of Employer | **Letke & Associates** | |
| How long employed | **10 years** | |
| Address of Employer | **50 Nugent Street** **Glenwood, IL 60425** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **20,000.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **20,000.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **3,406.94** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): **401(k)** | $ | **1,875.00** | $ | **0.00** |
| **Cafe** | $ | **580.60** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **5,862.54** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **14,137.46** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): **Unemployment benefits** | $ | **0.00** | $ | **1,213.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **1,213.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **14,137.46** | $ | **1,213.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **15,350.46** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Joseph T Letke, Jr.**                                                                      Case No. _____

                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 6,167.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 200.00 |
| c. Telephone | $ | 200.00 |
| d. Other  **Cable/internet** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 517.46 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 200.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 413.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 400.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 200.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Property taxes for Abbey Drive** | $ | 600.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **See Detailed Expense Attachment** | $ | 3,603.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 1,650.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Personal grooming** | $ | 100.00 |
| Other  **Pet expenses** | $ | 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 15,350.46 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 15,350.46 |
| b.   Average monthly expenses from Line 18 above | $ | 15,350.46 |
| c.   Monthly net income (a. minus b.) | $ | 0.00 |

**B6J (Official Form 6J) (12/07)**

In re  **Joseph T Letke, Jr.**                                                                    Case No. _____
                                                       Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---|
| Wife's expenses | $ | 800.00 |
| Abbey Drive 2nd mortgage | $ | 1,676.00 |
| Chesterton mortgage | $ | 1,127.00 |
| **Total Other Installment Payments** | $ | **3,603.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph T Letke, Jr.**                                             Case No.

Debtor(s)                          Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**34**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 28, 2012**                    Signature    **/s/ Joseph T Letke, Jr.**

**Joseph T Letke, Jr.**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph T Letke, Jr.**

Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$82,734.00** | **2012 YTD: Debtor Letke & Associates** |
| **$125,000.00** | **2011: Debtor Letke & Associates** |
| **$73,416.00** | **2010: Debtor Letke & Associates** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

2

---

**3. Payments to creditors**

None
☐   *Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Old Second National Bank**<br>**37 South River St**<br>**Aurora, IL 60506-4172** | **Mar1, Apr1, May1** | **$2,828.00** | **$0.00** |
| **\*Amy N Letke**<br>**3052 E Lobo Ridge**<br>**New Albany, IN 47150** | **Mar1, Apr1, May1** | **$4,950.00** | **$0.00** |
| **New Lenox Road, LLC**<br>**17250 New Lenox Road**<br>**Joliet, IL 60433** | **Apr 4, 2012; Apr 16, 2012;**<br>**May 14, 2012** | **$129,000.00** | **$0.00** |

None
■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Archer Bank v Nugent Square Development, LLC et al**<br>**Case No 11 CH 06036** | **Foreclosure** | **Circuit Court of Cook County, Illinois** | **Judgment for Plaintiff, pending sale** |
| **Old Second National Bank vs 18225 Morris Avenue**<br>**Case No 11 CH 28628** | **Foreclosure** | **Circuit Court of Cook County, Illinois** | **Sheriff's sale and approval completed** |
| **MB Financial Bank v Ocean Poinciana Development LLC and Joseph Letke**<br>**Case No 110006350(13)** | **Foreclosure** | **Circuit Court of the 17th Judicial Circuit, Broward County, Florida** | **Pending** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Old Second National Bank vs 50 Nugent LLC et al**<br>**Case No 11 CH 28496** | **Foreclosure** | **Circuit Court of Cook County, Illinois** | **Judgment, sale pending** |
| **New Buffalo Savings Bank v Josepgh T Letke and 910 W Buffalo LLC**<br>**Case No 2011-0251CH-B** | **Contract** | **Trial Court for the County of Berrien, Michigan - New Buffalo, Michigan** | **Pending** |
| **New Buffalo Savings Bank vs Joseph T Letke** | **Foreclosure** | | |
| **New Lenox Road LLC vs Joseph T Letke**<br>**Case No 11 L 455** | **Contract** | **Circuit Court of the 12th Judicial Circuit, Will County, Illinois** | **Judgment entered 5/16/2011, post judgment proceedings pending** |
| **CARLSON MARK R, CARLSON ROBB R, VANA THOMAS vs. LETKE & ASSOCIATES, LTD and Joseph T. Letke**<br>**Case No 2010 L 595** | **Contract** | **Circuit Court of the 12th Judicial Circuit, Will County, Illinois** | **Pending** |
| **RUANE MARK vs Letke & Associates, Inc. and Joseph T Letke**<br>**Case No 2012 L 00250** | **Contract** | **Circuit Court of the 12th Judicial Circuit, Will County, Illinois** | **Pending** |
| **Old Second National Bank vs Letke & Associates**<br>**2011L 000135** | **Contract** | **Circuit Court of the 12th Judicial Circuit, Will County, Illinois** | **Judgment for Plaintiff** |
| **NEW BUFFALO SAVINGS BANK vs Joseph Letke**<br>**Case No 2012-L-050659** | **Petition to register foreign judgment** | **Circuit Court of Cook County, IL** | **Pending** |
| **CACH LLC vs Joseph Letke**<br>**Case No 2011-M1-146151** | **Civil** | **Circuit Court of Cook County, IL** | **Dismissed** |
| **Gierczyk Holding Co, LLC vs Lake Michigan Land Group, LLC**<br>**Case No 07 CH 23278** | **Foreclosure** | **Circuit Court of Cook County, Illinois** | **Judgment for Plaintiff** |
| **Cezary Jakubowski and Eva Jakubowski vs Joseph T Letke**<br>**Case No 07 CH 30078** | | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Amy N Letke vs Joseph T Letke**<br>**Case No 03 D 865** | **Domestic Relations** | **Circuit Court of Will County, Illinois** | **Pending** |
| **US Bank NA vs Joseph T Letke et al**<br>**Case No CACE11031885** | **Foreclosure** | **Circuit Court of Broward County, Florida** | **Pending** |
| **Harris Bank vs Joseph Letke**<br>**Case No 2009 CH 33313** | **Foreclosure** | **Circuit Court of Cook County, Illinois** | **Sheriff's sale and approved** |
| **Canon Financial Services vs Letke & Associates and Joseph T Letke**<br>**Case No L-000826-12** | **Civil** | **Superior Court of New Jersey, Burlington County** | **Pending** |
| **multiple cases involving LML Fountain Square, LLC** | | **Berrien County, Michigan** | |

None
☐       b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **IRS**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **2012** | **Bank levy** |
| **New Lenox Road, LLC**<br>**17250 New Lenox Road**<br>**Joliet, IL 60433** | **2012** | **$129,000: $50,000 from corporate Chase account; $60,000 from Suburban Bank account; $19,000 from personal Chase account** |

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Old Second National Bank**<br>**37 South River St**<br>**Aurora, IL 60506-4172** | **April 2012** | **18225 Morris Avenue, Homewood, IL** |
| **Harris Bank**<br>**PO Box 94034**<br>**Palatine, IL 60094** | **2010** | **4 Thornwood, Flossmoor, IL** |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐ ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gregory K Stern, PC**<br>**53 West Jackson**<br>**Suite 1442**<br>**Chicago, IL 60604** | **Sept. 2011** | **$15,000.00 for attorney fees** |
| **Attorney Angie Lee, PC**<br>**4747 West Lincoln Mall Drive**<br>**Suite 410**<br>**Matteson, IL 60443** | **Jan. 2012, May 2012** | **$3970 for attorney fees, $30 for credit report, $306 for filing fee** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Joseph T. Letke, III**<br>**30 Nugent Square**<br>**Unite 430**<br>**Glenwood, IL 60425**<br>**son** | **May 10, 2011** | **Quit Claim Deed of 30 Nugent St., Unit 430, Glenwood, IL 60425** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **New Buffalo Produce, Inc.** | | | **Retail in New Buffalo, Michigan** | **No longer operating** |
| **The Mixx II, Inc.** | | | **Restaurant in Florida** | **Dissolved** |
| **Ocean Poinciana, LLC** | | | **Real estate located at 233 Se 20 Ave, Deerfield Beach (Broward County), FL, 33441-6092.** | **8/31/2005-2/10/2012** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **910 W. Buffalo, LLC** | | | **Real estate located at 910 W Buffalo, New Buffalo, MI** | |
| **Public Funding Enterprises, Inc.** | | | **Consulting** | **9/9/2008** |
| **Letke & Associates** | | | **Accounting practice** | **5/18/2000** |
| **Nugent Square Development, LLC** | | | **Real estate entity consisting of 17 unit condo building and adjacent parking spaces** | **4/20/2006-10/14/2011** |
| **50 Nugent, LLC** | | | **Real estate entity consisting of 40, 50, 60 and 70 Nugent Street, Glenwood, IL** | **9/11/2006** |
| **18225 Morris Avenue, LLC** | | | **Real estate located at 18225 Morris Ave, Homewood, IL** | **2/22/2001--2/1/2012** |
| **Business Computing Solutions, Inc.** | | | **Computer consulting** | **2/13/2004** |
| **Busia's Market, Inc** | | | **Retail in New Buffalo, Michigan** | **No longer operating** |
| **Lake Michigan Land Group, LLC** | | | **Real estate in New Buffalo, Michigan** | **4/10/2007-4/1/2012** |
| **Letke Family Limited Partnership** | | | **Real estate** | |
| **LML of Fountain Square LLC** | | | **Real estate in New Buffalo, Michigan** | **5/10/2007-11/12/2010** |
| **Ocean Towers Stores, LLC** | | | **Real estate in Wildwood, New Jersey** | **2006-Dissolved** |
| **Lighthouse Place Development LLC** | | | **Real estate** | **9/4/2003-4/8/2010** |

None
☐    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| **Ocean Poinciana, LLC** | |
| **910 W. Buffalo, LLC** | |
| **Nugent Square Development, LLC** | |
| **50 Nugent, LLC** | |
| **18225 Morris Avenue, LLC** | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Letke & Associates** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Old Second National Bank** | |

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21. Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 28, 2012**                              Signature  **/s/ Joseph T Letke, Jr.**

**Joseph T Letke, Jr.**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Joseph T Letke, Jr.** _____    Case No. _____

                                              Debtor(s)          Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Archer Bank/Allegiance** | **Describe Property Securing Debt:**<br>**Member of Nugent Square Development, LLC. 50%<br>membership with Letke Limited Partnership.** |
|---|---|

Property will be (check one):

  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt              ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Broward County Tax Collector** | **Describe Property Securing Debt:**<br>**Member of Ocean Poinciana, LLC. 50% membership belongs<br>to Angelina Macilwraith.** |
|---|---|

Property will be (check one):

  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt              ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Centier Bank** | **Describe Property Securing Debt:**<br>**Vacant lot located at 1560 Foulis Court, Chesterton, Indiana** |

Property will be (check one):
☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**City of New Buffalo** | **Describe Property Securing Debt:**<br>**Real property at 106 N. Eagle St., New Buffalo, MI 49117.**<br>**Purchased in Jan. 2006 for $500,000.** |

Property will be (check one):
■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**Member of 50 Nugent, LLC** |

Property will be (check one):
■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**MB Financial Bank** | **Describe Property Securing Debt:**<br>**Member of Ocean Poinciana, LLC. 50% membership belongs to Angelina Macilwraith.** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**MB Financial Bank** | **Describe Property Securing Debt:**<br>**Member of LML Fountain Square, LLC.  Mark Carlson (25%), Bob Carlson (25%), Mark Ruane (25%).** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Mortgage Service Center** | **Describe Property Securing Debt:**<br>**Co-op located at 1203 Hillsboro, Hillsboro Beach, Florida. Joint title with Angelina Macilwraith.** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**New Buffalo Savings Ba** | **Describe Property Securing Debt:**<br>**Real property at 106 N. Eagle St., New Buffalo, MI 49117.**<br>**Purchased in Jan. 2006 for $500,000.** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**New Buffalo Savings Bank** | **Describe Property Securing Debt:**<br>**Real property at 106 N. Eagle St., New Buffalo, MI 49117.**<br>**Purchased in Jan. 2006 for $500,000.** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Old Second National Ba** | **Describe Property Securing Debt:**<br>**Primary residence located at 20515 Abbey Drive, Frankfort IL**<br>**60423.  Purchased in May 2006 for $995,000.** |

Property will be (check one):
- □ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- ■ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 5

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Old Second National Ba** | **Describe Property Securing Debt:**<br>**Real property located at 30 Nugent Street, Unit 430, Glenwood, IL.  Title is in son's name.** |

Property will be (check one):
   ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt           ☐ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**Old Second National Bank** | **Describe Property Securing Debt:**<br>**Primary residence located at 20515 Abbey Drive, Frankfort IL 60423.  Purchased in May 2006 for $995,000.** |

Property will be (check one):
   ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Old Second National Bank** | **Describe Property Securing Debt:**<br>**Member of 50 Nugent, LLC** |

Property will be (check one):
   ■ Surrendered           ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt           ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 6

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**Porter County Treasurer** | **Describe Property Securing Debt:**<br>**Vacant lot located at 1560 Foulis Court, Chesterton, Indiana** |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>**Sand Creek HOA** | **Describe Property Securing Debt:**<br>**Vacant lot located at 1560 Foulis Court, Chesterton, Indiana** |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 7

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**US Bank** | **Describe Property Securing Debt:**<br>**Co-op located at 1203 Hillsboro, Hillsboro Beach, Florida.**<br>**Joint title with Angelina Macilwraith.** |

Property will be (check one):

■ Surrendered                      ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                      ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **May 28, 2012** _____        Signature   **/s/ Joseph T Letke, Jr.** _____
                                                                    **Joseph T Letke, Jr.**
                                                                    Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Joseph T Letke, Jr.** _____    Case No. _____
Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................    $ _____ **3,970.00**

Prior to the filing of this statement I have received ........................    $ _____ **3,970.00**

Balance Due ...........................................................................    $ _____ **0.00**

2.    $ **306.00**    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 28, 2012** _____    **/s/ Angie Lee** _____
**Angie Lee 6282075**
**Attorney Angie Lee, PC**
**4747 W. Lincoln Mall Dr. #410**
**Matteson, IL 60443**
**708-845-7958   Fax: 708-221-6174**
**angielesq@yahoo.com**

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Joseph T Letke, Jr.**                                              Case No. _____

                                          Debtor(s)              Chapter   **7**   _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Joseph T Letke, Jr.** | X  **/s/ Joseph T Letke, Jr.**          **May 28, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| | |
| Case No. (if known)  _____ | X  _____ |
| | Signature of Joint Debtor (if any)          Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Joseph T Letke, Jr.**                                      Case No.

_____     Chapter    **7**    _____
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **77**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Accord Creditor Services, LLC
PO Box 19992
Newnan, GA 30271


Advanta Bank Corp
Po Box 844
Spring House, PA 19477


AEP Indiana Michigan Power
PO Box 24401
Canton, OH 44701-4401


Amy N Letke
3052 E Lobo Ridge
New Albany, IN 47150


Angelina Macilwraith
1203 Hillsboro Unit 10A
Hillsboro Beach, FL 33062


Archer Bank/Allegiance
4960 S Archer Ave
Chicago, IL 60632


Ashley Nicole Collado
Florida Default Law Group PC
PO Box 25018
Tampa, FL 33622-5018


AT&T
PO Box 769
Arlington, TX 76004


AT&T
PO Box 105068
Atlanta, GA 30348-5058


Broadway Premium Funding
1747-22 Veterans Memorial Highway
Islandia, NY 11749


Broward County Tax Collector
PO Box 29009
Fort Lauderdale, FL 33302-9009

Cach Llc
4340 S Monaco St Fl 2
Denver, CO 80237


Cach LLC
Attn: Bankruptcy
4340 South Monaco St 2nd Floor
Denver, CO 80237


Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693


Capital One, N.a.
Bankruptcy Dept
Po Box 5155
Norcross, GA 30091


CBCS
PO Box 2334
Columbus, OH 43216-2334


Centier Bank
600 E 84th Ave
Merrillville, IN 46410


Cezary and Eva Jakubowski
c/o Edwards Wildman Palmer LLC
225 W Wacker Dr
Chicago, IL 60606


Chase
Po Box 15298
Wilmington, DE 19850


Chase
POB 15298
Wilmington, DE 19850-5298


City of New Buffalo
Water & Sewer
224 W Buffalo St
New Buffalo, MI 49117

City of New Buffalo
Treasurer
224 W Buffalo St
New Buffalo, MI 49117


Cook County Treasurer's Office
118 N. Clark Street
Room 112
Chicago, IL 60602


Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-0290


Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225-1470


Dell Financial Services
c/o DFS Customer Care Dept.
POB 81577
Austin, TX 78708-1577


Discover Fin
Po Box 6103
Carol Stream, IL 60197


Donald Morrison
20 Joanne Place
Oldsmar, FL 34677


Enterprise Reant-A-Car Violations
PO Box 99
Lombard, IL 60148


Fia Csna
Po Box 17054
Wilmington, DE 19850


First American
1818 West Jefferson
La Grange, IL 60525

First Merchant Services
5251 Westheimer Road
Houston, TX 77056-5404


Focus Receivables Management
1130 Northchase Parkway
Suite 150
Marietta, GA 30067


Gierczyk Holding Company
c/o F Dean Armstrong PC
1324 Dartmouth Road
Flossmoor, IL 60422


Hanover Insurance Co
PO Box 580045
Charlotte, NC 28258-0045


Harris & Harris, LTD
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harris Bank, NA
c/o Howard & Howard
200 S MICHIGAN 1100
Chicago, IL 60604


Harvey Scholl Esq
21346 Saint Andrews Blvd Ste 105
Boca Raton, FL 33433


Heritage Propane Express
PO Box 117
Reading, MI 49274-0117


Holland & Knight LLP
131 S Dearborn St 30th Floor
Chicago, IL 60603


Inland Bank
2805 Butterfield Road
Oak Brook, IL 60523

James Gierczyk
16200 Clinton St
Harvey, IL 60426

John C. Bonewicz, PC
8001 N. Lincoln Ave.
Suite 402
Skokie, IL 60077

KAVANAGH GRUMLEY & GORBOLD LLC
111 North Ottawa Street
Joliet, IL 60432

Law Offices of Joel Cardis, LLC
2006 Swede Rd.
Suite 100
E. Norriton, PA 19401

Lawyers Recovery Service, Inc
4940 Merrick Road
Suite 311
Massapequa Park, NY 11762

LVNV Funding LLC
PO Box 740281
Houston, TX 77274

Martin Whalen Office Solutions
16630 S 81st
Tinley Park, IL 60487

MB Financial Bank
6111 North River Road
Attn: Bankruptcy
Des Plaines, IL 60018

Meltzer, Purtill & Stelle LLC
1515 E woodfield Rd
Suite 250
Schaumburg, IL 60173

Miller Johnson Schroeder PLC
728 Pleasant St
Suite 101
Saint Joseph, MI 49085

Mortgage Service Center
Attn: Bankruptcy
2001 Bishops Gate Blvd
Mt Laurel, NJ 08054


New Buffalo Savings Ba
45 N Whittaker St
New Buffalo, MI 49117


New Buffalo Savings Bank
45 N Whittaker St
New Buffalo, MI 49117


New Lenox Road, LLC
17250 New Lenox Road
Joliet, IL 60433


Nicor Gas
PO Box 549
Aurora, IL 60507


Nova Casualty Company
726 Exchange St
Suite 1020
Buffalo, NY 14210


Old Second National Ba
37 S River St
Aurora, IL 60506


Old Second National Bank
37 S River St
Aurora, IL 60506


Old Second National Bank
37 South River St
Aurora, IL 60506-4172


Otis Elevator Company
One Farm Springs
Farmington, CT 06032


Overdoors of Illinois
601 Ridge Road
Willow Springs, IL 60480

Paul Frigo, Esq
Grotta & Associates
10775 W 163rd Place
Orland Park, IL 60467


Paul J Richards
111 N Ottawa St
Joliet, IL 60433


Porter County Treasurer
155 Indiana Avenue, Suite 209
Valparaiso, IN 46383


Receivables Management Services
300 Arboretum Place
PO Box 26446
Richmond, VA 23261-1085


RLI Surety
PO Box 3967
Peoria, IL 61612-3067


Sand Creek HOA
1st American Management Co., Inc.
3408 Enterprise Avenue
Valparaiso, IN 46383


Securalarm Systems, Inc
112 54th St SW
Grand Rapids, MI 49548


Semco Energy
PO Box 740812
Cincinnati, OH 45274-0812


Stanley Convergent Security Solutio
2150 Western Court
Suite 300
Lisle, IL 60532


Stater, Tenaglia, Fritz & Hunt, PA
PO Box 5476
Mount Laurel, NJ 08054

```
THORNBURG BARNES
1 N WACKER DR
Chicago, IL 60606


Travelers Indemnity Co
One Tower Square, 8MS
Attn: Legal
Hartford, CT 06183


Ungaretti & Harris
70 West Madison
Suite 3500
Chicago, IL 60602


US Bank
800 Nicollet Mall
ATTN: Bankruptcy Dept.
Minneapolis, MN 55402


Village of Glenwood
One Asselborn Way
Glenwood, IL 60425
```